IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| TYRONE THURMAN, | : | |
| Plaintiff, | : | Case No.: 5:10-CV-22 (CAR) |
| v. | : | |
| DAN JORDAN, Clerk, Superior Court of Jasper County, | : | 42 U.S.C. § 1983 |
| Defendant. | : | |

## *ORDER ON THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE*

Before the Court are the United States Magistrate Judge's Recommendations [Docs. 26 and 29] to deny Plaintiff's Motion for Preliminary Injunction [Doc. 10] and to deny Plaintiff's Motion for Summary Judgment [Doc. 12 and as amended at Doc. 24]. Plaintiff has entered an Objection [Doc. 30] but does not make clear therein whether he takes issue with the first or second Recommendation or both. Regardless, the Objection is untimely as to the first Recommendation and presents inadequate grounds for modifying the second. Petitioner cannot prevail on summary judgment because he has not produced adequate evidence from which the Court can conclude that no genuine issues of material fact exist in this case. Upon *de novo* review of the Recommendations and after full consideration of the matter, therefore, the Court agrees with the findings of the United States Magistrate Judge. The Recommendations are **MADE THE ORDERS OF THE COURT**. As such, all of Plaintiff's Motions presently before the Court are hereby **DENIED**.

**SO ORDERED,** this 17th day of November, 2010.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

THC